**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 8, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00582-CV

### IN RE KURARAY AMERICA, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-62973**

## MEMORANDUM OPINION

On July 23, 2019, relator Kuraray America, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to vacate his March 26 and June 28, 2019 orders, which ordered the production of the cell phone usage data of certain employees of relator.

On July 26, 2019, relator filed an unopposed motion to dismiss its petition for writ of mandamus, stating that the petition was premature.

We **GRANT** the motion and dismiss relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.